The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDMONDS SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>A.T., a minor child, and R.T. and I.T., his parents,<br><br>Defendants. | Case No. C16-1500RSL<br><br>STIPULATED MOTION TO REDACT ADDITIONAL INFORMATION FROM TRANSCRIPT |

Pursuant to Paragraph 5 of the Amended General Order No. 15-15, the Edmonds School District ("District") and the Defendants A.T., R.T. and I.T, acting through their respective attorneys of record, hereby stipulate to the Court entering an order allowing additional information to be redacted from the transcript prepared by the court reporter. Specifically, the parties request that the names of the Family and Father be redacted.

## STIPULATION

On January 29, 2018, the court reporter filed the transcript as requested by the District. On February 2, 2018, the District filed a Notice of Intent to Request Redaction of the transcript. The District subsequently requested that the court reporter redact the names of the Student, Family and Father in the transcript.

By email sent on February 8, 2018, the court reporter informed counsel for the District that, while she could redact the name of the Student, the name of the Family and the Father could only be redacted pursuant to court order.

Stipulated Motion to Redact Additional Information - 1
Case No. C16-1500RSL

Both the Family Education and Privacy Rights Act, 20 U.S.C. § 1232g (FERPA) and the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 (IDEA) protect the confidentiality of student records. *See e.g.* 20 U.S.C. § 1417(c) ("The Secretary shall take appropriate action . . . to ensure the protection of the confidentiality of any personally identifiable data, information, and records collected or maintained by the Secretary and by State educational agencies and local educational agencies . . . .").

In accordance with FERPA and the IDEA, and pursuant to Amended General Order No. 15-15, the parties respectfully move this Court to grant this stipulated request to permit the court reporter to redact the name of the Defendants' Family and Father from the transcript.

## ORDER

THIS MATTER having come before the undersigned Judge of the above-entitled court based on the foregoing Stipulation, now, therefore, it is hereby

ORDERED that the names of the Defendants' Family and Father shall be redacted from the transcript prepared by the court reporter.

DONE IN OPEN COURT this 21st day of Feb., 2018.

_____
JUDGE ROBERT S. LASNIK

Stipulated Motion to Redact Additional Information - 2
Case No. C16-1500RSL

Presented by:

VANDEBERG JOHNSON & GANDARA, LLP

By _____
William A. Coats, WSBA # 4608
Daniel C. Montopoli, WSBA # 26217
Attorneys for Plaintiff

Approved as to Form;
Approved for Entry:

CASSADY LAW, PLLC

By _____
Charlotte Cassady, WSBA #19848
Nicholle Mineiro, WSBA #47745
Attorneys for Defendants

P:\19000-19999\19135\19135-42002\Pleadings-Federal District Court\DCMP stip motion

Stipulated Motion to Redact Additional Information - 3
Case No. C16-1500RSL