UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDMONDS SCHOOL DISTRICT,<br><br>         Plaintiff,<br><br> v.<br><br>A.T., a minor child, and R.T. and I.T, his parents,<br><br>         Defendants. | Case No. C16-1500RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO STAY ENFORCEMENT OF THE FEE AWARD PENDING APPEAL |

THIS MATTER comes before the Court on the motion of plaintiff Edmonds School District to stay enforcement of the order awarding attorney's fees, entered on May 4, 2018, pending the outcome of the appeal filed by plaintiff. The motion is unopposed and therefore GRANTED. The Order Granting In Part Defendants' Motion for Attorney's Fees shall be STAYED pending the resolution of plaintiff's appeal.

Dated this 19th day of June, 2018.

*/s/ Robert S. Lasnik*
The Hon. Robert S. Lasnik
United States District Judge

ORDER GRANTING STAY - 1
Case No. C16-1500RSL